AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Brookman, Matthew P. | 2. Court or Organization  US District Court for the Southern District of Indiana | 3. Date of Report  04/28/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2019  to  12/31/2019 |

**7. Chambers or Office Address**

101 Martin Luther King Blvd
Evansville, IN 47708

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 04/28/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Kindergarten aide |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 04/28/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Account #1 (H) | | | | | | | | | |
| 2. - AT&T | A | Dividend | J | T | | | | | |
| 3. - American Capital LTD | A | Dividend | J | T | | | | | |
| 4. - Ares Capital Corp | A | Dividend | J | T | | | | | |
| 5. - Chevron Corp | A | Dividend | J | T | | | | | |
| 6. - ENI SPA Sponsored ADR | A | Dividend | J | T | | | | | |
| 7. - Equinor ASA Sponsored EQNR | A | Dividend | J | T | | | | | |
| 8. - Total SA Sponsored ADR | A | Dividend | J | T | | | | | |
| 9. - Williams Co Inc | A | Dividend | J | T | | | | | |
| 10. - Capital One Finl Corp | A | Dividend | J | T | | | | | |
| 11. - Capital One Finl Corp | A | Dividend | J | T | | | | | |
| 12. - JP Morgan Chase & Co | A | Interest | J | T | | | | | |
| 13. - Public Storage | A | Dividend | J | T | | | | | |
| 14. - Public Storage | A | Dividend | J | T | | | | | |
| 15. - Citibank NA (cash equivalent accounts) | A | Interest | J | T | | | | | |
| 16. - Iron Mountain Inc. | A | Dividend | J | T | | | | | |
| 17. - Jinkosolar Hldg Co Ltd ADR | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brookman, Matthew P.** | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Pattern Energy Grp Inc. | A | Dividend | J | T | | | | | |
| 19.   - Senior Housing Prop Tr REIT | A | Dividend | J | T | | | | | |
| 20.   - Atlantica Yield PLC | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 21.   - Targa Resources Corp | A | Dividend | J | T | Buy | 04/15/19 | J | | |
| 22.   - Axa Equitable Hldgs Inc | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 23.   Investment Account #2 (H) | | | | | | | | | |
| 24.   - American Capital (Y) | | | | | | | | | |
| 25.   - Energy Transfer Partners (Y) | | | | | | | | | |
| 26.   - Citibank (cash-equivalent accounts) (Y) | | | | | | | | | |
| 27.   - First Security Bank (cash-equivalent accounts) (Y) | | | | | | | | | |
| 28.   Investment Account #3 (H) | | | | | | | | | |
| 29.   - JP Morgan Chase & Co (Y) | | | | | | | | | |
| 30.   - Energy Transfer Partners | A | Dividend | J | T | | | | | |
| 31.   - AT&T | A | Dividend | J | T | | | | | |
| 32.   - Annaly Capital | A | Dividend | J | T | | | | | |
| 33.   - Apollo Invest | A | Dividend | J | T | | | | | |
| 34.   - Ares Cap | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Capstead Mortgage | A | Dividend | J | T | | | | | |
| 36. - ENI SPA Sponsored ADR | A | Dividend | J | T | | | | | |
| 37. - Total SA | A | Dividend | J | T | | | | | |
| 38. - Verizon | A | Dividend | J | T | | | | | |
| 39. - US Treasury Notes | A | Int./Div. | K | T | | | | | |
| 40. - Citibank (cash-equivalent accounts) | A | Interest | J | T | | | | | |
| 41. - Williams Companies Inc | A | Dividend | J | T | | | | | |
| 42. - Atlantica Yield PLC | A | Dividend | J | T | Buy | 08/12/19 | J | | |
| 43. - Targa Resources Corp | A | Dividend | J | T | Buy | 08/26/19 | J | | |
| 44. Investment Account #4 (H) | | | | | | | | | |
| 45. - AT&T | A | Dividend | J | T | | | | | |
| 46. - Annaly Capital | A | Dividend | J | T | | | | | |
| 47. - Capstead Mortgage | A | Dividend | J | T | | | | | |
| 48. - Energy Transfer Partners | A | Dividend | J | T | | | | | |
| 49. - ENI SPA Sponsored ADR (Y) | | | | | | | | | |
| 50. - Equinor ASA Sponsored EQNR | A | Dividend | J | T | | | | | |
| 51. - Verizon | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brookman, Matthew P.** | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Wisdomtree High Div Fund | A | Dividend | J | T | | | | | |
| 53.  - Public Storage | A | Dividend | J | T | | | | | |
| 54.  - Kimco Realty Corp | A | Dividend | J | T | | | | | |
| 55.  - Oneok Inc | A | Dividend | J | T | | | | | |
| 56.  - Citibank (cash-equivalent accounts) | A | Interest | J | T | | | | | |
| 57.  - Enbridge Transfer LP | A | Dividend | J | T | | | | | |
| 58.  - Atlantica Yield PLC | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 59.  - Axa Equitable Hldgs Inc | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 60.  - Targa Resources Corp | A | Dividend | J | T | Buy | 04/15/19 | J | | |
| 61.  First Security Bank (cash - equivalant accounts) (Y) | | | | | | | | | |
| 62.  Hillard Lyons Ins Dep (Y) | | | | | | | | | |
| 63.  IRA #1 (H) | | | | | | | | | |
| 64.  - Putnam Growth Opportunities - A/IRA | A | Dividend | J | T | | | | | |
| 65.  - Putnam Research Fund - A/IRA | A | Dividend | J | T | | | | | |
| 66.  IRA #2 (H) | | | | | | | | | |
| 67.  - The Growth Fund of America - A/IRA | A | Dividend | J | T | | | | | |
| 68.  - Washington Mutual Investors Fund - A/ IRA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 04/28/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 04/28/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Matthew P. Brookman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544